

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>PEDRO ROBLES MUNOZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA13-281M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _Thursday, June 27_____, _2013___, at _4:00___ ☐a.m. / ☒p.m. before the Honorable _JEAN P. ROSENBLUTH_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _June 26, 2013_____

_/s/ Jean Rosenbluth_
U.S. ~~District Judge~~/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                     Page 1 of 1